**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHRISTOPHER CONDUFF,

        Plaintiff,

v.                                          Case No.: 3:24-cv-89-WWB-MCR

RING POWER CORPORATION,

        Defendant.

## ORDER

The Court has been advised by the Mediation Report that the above-styled action has been completely settled. (Doc. 20 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on December 11, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record